THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEDDY MOORE, Appellant. [872 NYS2d 688]—Appeals by the defen-

dant, as limited by his motion, from two sentences of the County Court, Suffolk County (J. Doyle, J.), both imposed October 1, 2007, under indictment Nos. 2877B-06 and 1409-07, respectively, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Spolzino, J.P., Miller, Covello and Chambers, JJ., concur.